IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01485-WDM-PAC

ARISTA RECORDS, INC., et al.,

    Plaintiffs,
v.

MARK YOFFIE,

    Defendant.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Patricia A. Coan, issued August 12, 2005, and docketed August 15, 2005. By Order dated May 19, 2005, I: (1) accepted a prior recommendation from Magistrate Judge Coan; (2) granted Plaintiffs' motion for Fed. R. Civ. P. 16(f) sanctions; (3) directed that default judgment will enter against Defendant; and (4) referred the matter back to Magistrate Judge Coan for proposed findings of fact and recommendations on the amount of the rule 16(f) sanctions and the terms of the default judgment.

Accordingly, Magistrate Judge Coan has submitted her recommendation on these matters. Plaintiff failed to file an objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b). Having reviewed the pertinent portions of the record in this case, including the pleadings, the motions, and the recommendation, I will accept the recommendation for substantially the reasons given

therein.  The one exception is that Plaintiffs' counsel, having declined to file any further support for fees, (*see* June 6, 2005 Courtroom Minutes), is limited to the recommended $3,063.75 fee amount.

Accordingly, it is ordered:

1. The recommendation issued by Magistrate Judge Coan on August 12, 2005, and docketed August 15, 2005 (Docket No. 20), is accepted as modified hereby.

2. Default judgment shall enter against Defendant as follows:

    a. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to their complaint, in the total principal sum of $6,750.00.

    b. Defendant shall reimburse Plaintiffs for the costs of the filing fee and service of process in the amount of $250.00.

    c. Defendant shall pay Plaintiffs for their attorneys' fees relating to the default judgment in the amount of $3,063.75.

    d. The total default judgment amount will therefore be $10,063.75.

    e. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal law or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by

      using the Internet or any online media distribution system to reproduce (i.e., download), any of Plaintiffs' Recordings, to distribute (i.e, upload), any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

  f. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED at Denver, Colorado, on December 27, 2005.

        BY THE COURT:


        /s/ Walker D. Miller
        United States District Judge